1  JOSEPH M. SWEENEY, ESQ. (78363)
   SCOTT A. MANGUM, ESQ. (260758)
2  SWEENEY, MASON, WILSON & BOSOMWORTH
3  A Professional Law Corporation
   983 University Avenue, Suite 104C
4  Los Gatos, CA  95032-7637
   Telephone:  (408) 356-3000
5  Facsimile:  (408) 354-8839

6
7  Attorneys for J.S. COLE COMPANY

8  KRIS A. COX, ESQ. (136504)
   ROSALES LAW PARTNERS, LLP
9  433 California Street, Suite 630
   San Francisco, CA  94104
10 Telephone: (415) 986-0523

11
   Attorneys for YERBA BUENA ENGINEERING
12 & CONSTRUCTION, INC. and LIBERTY
   MUTUAL INSURANCE CO.
13

14

15               IN THE UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                       SAN JOSE DIVISION

18
   UNITED STATES OF AMERICA, for the        CASE NO. C 14-01293 NC
19 use and benefit of:

20 J.S. COLE COMPANY, a California
   corporation                              STIPULATION FOR DISMISSAL
21                                          PURSUANT TO F.R.CIV.P.41(A)(1);
22          Plaintiff,                      AND ORDER THEREON

23 v.

24 YERBA BUENA ENGINEERING &
   CONSTRUCTION, INC., a California
25 corporation, MACHADO BROS., INC., a
   California corporation, LIBERTY
26 MUTUAL INSURANCE COMPANY, a
   Massachusetts corporation, and DOES 1    [Assigned to Magistrate Judge
27 through 10, inclusive,                    Nathanael M. Cousins]

28          Defendants.

STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P.41(A)(1); AND ORDER THEREON        1

1    Plaintiff J.S. COLE COMPANY ("J.S. COLE") and Defendants YERBA BUENA

2  ENGINEERING & CONSTRUCTION, INC. ("YERBA BUENA") and LIBERTY MUTUAL

3  INSURANCE COMPANY ("LIBERTY"), by and through their attorneys of record, file this

4  Stipulation for Dismissal.

5    Plaintiff J.S. COLE COMPANY served Defendant MACHADO BROS., INC.

6  ("MACHADO") with the Summons and Complaint but did not require MACHADO to file any

7  responsive pleading or to appear in this action.

8    Plaintiff and Defendant YERBA BUENA executed a Payment and Assignment Agreement

9  that settled all aspects of the lawsuit against Defendants.  The Payment and Assignment

10  Agreement contained payment obligations which continued to November 2014.  To date, all

11  payments have been made pursuant to the Payment and Assignment Agreement.

12    Plaintiff moves to dismiss with prejudice this action against all Defendants YERBA

13  BUENA, MACHADO and LIBERTY as all payments have been made.

14    This Stipulation and Order may be signed in counterparts, and electronic and facsimile

15  signatures shall be valid and as binding as original signatures.

16    **IT IS SO STIPULATED.**

17  Dated: December ⟨10⟩, 2014              Dated: December ⟨10⟩, 2014

18  **SWEENEY, MASON, WILSON**              **ROSALES LAW PARTNERS, LLP**
   **& BOSOMWORTH**

19

20  By:_____            By:_____
   JOSEPH M. SWEENEY, ESQ.                 KRIS A. COX, ESQ.

21  Attorneys for J.S. COLE COMPANY         Attorneys for YERBA BUENA
                                            ENGINEERING & CONSTRUCTION, INC.

22                                          and LIBERTY MUTUAL INSURANCE CO.

23                        **ORDER**

24    Having read the foregoing Stipulation and good cause appearing therefore, this action is

25  hereby ordered dismissed with prejudice, each party to bear its own attorney's fees and costs.

26

27  Dated:    December 10, 2014

28  _____
   HONORABLE                        COUSINS
   JUDGE OF

   GRANTED

   Judge Nathanael M. Cousins

   STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.          2